**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **D & D Housing Solutions, LLC** | § | **CASE NO. 25-33164** |
| | § | |
| | § | |
| | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**SYLVIA MAYER**
**P.O. BOX 6542**
**HOUSTON, TX 77265**

**Email: smayer@smayerlaw.com      PH: 713-893-0339**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: June 4, 2025

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: /s/ Andrew Jiménez
Andrew Jiménez
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
515 Rusk Street, Suite 3516
Houston, TX 77002
(713) 718-4668
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on June 4, 2025.

/s/ Andrew Jiménez
Andrew Jiménez

**By mail to Debtor:**
D & D Housing Solutions, LLC
PO Box 11106
Houston, TX 77293

**Debtor's Counsel:**
Vicky M. Fealy
Fealy Law Firm, PC
1235 North Loop W, Ste. 1120
Houston, TX 77008

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
|   D & D HOUSING SOLUTIONS, | § | **CASE NO. 25-33164** |
|   LLC | § | |
| | § | |
| | § | **CHAPTER 11** |
| DEBTOR. | § | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

As a supplement to the verification above, in an abundance of caution, I offer the following supplemental disclosures:

- I serve as a Subchapter V Trustee in the Southern District of Texas. There may be creditors in this case who are creditors in other cases in which I have been appointed to serve as the Subchapter V Trustee. (Examples may include the Internal Revenue Service, the Texas Comptroller, AT&T, and City of Houston Water. This is not an exhaustive list.) Similarly, there may be attorneys involved in this case who are involved in other bankruptcy cases in which I serve as Subchapter V Trustee.

- In early 2014, I formed S. Mayer Law, which is a solo law and ADR practice. Since forming S. Mayer Law, my practice has transitioned from working primarily as an advocate (i.e., as counsel for a particular party) to working primarily as a neutral (i.e., as a mediator or arbitrator). While I

1

have searched the S. Mayer Law conflicts database, a party to this bankruptcy or a professional advising a party in this bankruptcy may have appeared before me in a mediation or arbitration.

- Although my practice has shifted from primarily serving as an advocate to primarily serving as a neutral, I continue to practice law. Moreover, I have practiced law for over 30 years, including working on out-of-court restructurings and bankruptcy cases nationwide. As a result, although my conflicts check did not disclose any direct conflicts, please be advised that I may have been involved in bankruptcy cases where a party to this bankruptcy or a professional advising a party in this bankruptcy may have been adverse to or aligned with my client.

- Before starting S. Mayer Law, for over 20 years, I was an attorney with Weil, Gotshal & Manges LLP (Weil) and a partner in the Houston office. I disclose this to the extent that any of the attorneys, parties, witnesses, or a member of their family has or may in the future work at Weil, engage Weil as counsel, or be adverse to Weil in any way. I do not have access to and have not conducted a conflict search of Weil's records.

- Most of my investments are managed by third parties. I am not directly involved in the management of these investments. My investments managed by such third parties may include stock in or bonds issued by one or more of the entities involved in this bankruptcy.

- I am involved in numerous professional organizations, including, but not limited to, the American Bar Association, American Bankruptcy Institute, Academy of Court-Appointed Neutrals, ArbitralWomen, Association of Attorney Mediators, American Health Law Association, Association of Women Attorneys (Houston), Greater Houston Women's Chamber of Commerce, Houston Bar Association, National Association of Women Lawyers, Texas Association of Mediators, Texas Mediator Credentialing Association, and the State Bar of Texas. In addition, I am a Fellow of the American Bar Foundation.

- I started and manage the Houston Pro Bono Joint Initiative (HPBJI), which hosts pro bono oriented CLE programs three times a year and one service project each year. Similarly, I started and managed the Houston Pro Bono Network, which served a similar purpose for ten years and combined with the Houston Pro Bono Joint Initiative in 2018. Hundreds of Houston attorneys have attended or otherwise participated in Houston Pro Bono Joint Initiative and/or Houston Pro Bono Network activities since the Network started in 2007. It is possible that one of the parties or their professionals in this bankruptcy has attended or will attend a program held by the Houston Pro Bono Network and/or Houston Pro Bono Joint Initiative.

- I have a LinkedIn page.  I accept most invitations to connect on LinkedIn from anyone in the legal or ADR fields whether or not I know them.  I do not maintain a database of these contacts and connections.  I engage the services of an independent contractor who manages my LinkedIn account for marketing purposes, including independently connecting with individuals, following individuals and organizations, posting articles, and sending out a newsletter.  LinkedIn now features endorsements, which I do not seek.  I have no control over who may endorse me for different skills.  The existence of such endorsements or any links related to them does not indicate any depth or relationship other than an online professional connection similar to connections in professional organizations.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at a rate of $450.00 per hour, plus $195 per hour for a paralegal and reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: June 4, 2025                                          /s/_____

Sylvia Mayer, as Subchapter V Trustee
S. MAYER LAW PLLC
S.D. Tex. I.D. No. 16889
SBA No. 00787028
P.O. Box 6542
Houston, TX  77265
Telephone:  (713) 893-0339
Facsimile:  (713) 661-3738
smayer@smayerlaw.com

g

3